IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 5:04CR65

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MATTHEW JOHNSON, | ) |
| a/k/a MICHAEL JOHNSON, | ) |
| | ) |
| Defendant(s) | |

## ORDER GRANTING
## MOTION TO ADMIT ATTORNEY *PRO HAC VICE*

**THIS MATTER IS BEFORE THE COURT** on Abe A. Bailey's Motion to Admit Attorney *Pro Hac Vice*. It appearing that Abe A. Bailey is a member in good standing with the Florida State Bar, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1)   Abe A. Bailey's Motion to Admit Attorney *Pro Hac Vice* is **GRANTED**; and

(2)   Abe A. Bailey shall remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: February 7, 2007

David C. Keesler
United States Magistrate Judge