UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

CASE NO.: 5:04CR65-1

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MATTHEW JOHNSON,
a/k/a MICHAEL JOHNSON,

Defendant.
_____/

FILED
STATESVILLE, N.C.

FEB 16 2007

U.S. DISTRICT COURT
W. DIST. OF NC

## ORDER

THIS CAUSE came before the Court upon (WITNESS) DORMA MARSTON'S Motion for Custody Release.

THE COURT has considered the above Motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby _granted_.

1. That the (WITNESS) DORMA MARSTON be released immediately.

DONE AND ORDERED in chambers at Statesville, North Carolina on this 14th day of _February_, 2007.

_Richard L. Voorhees_
United States District Judge

Copies furnished:

Abe A. Bailey, Esquire
United State Attorney's Office
U.S. Pre-Trial Services