IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:04CR65-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MATTHEW JOHNSON, | ) | |
|         Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's *Pro Se* Letter Motion For Return Of Property, filed June 14, 2006, and *Pro Se* Motion To Set Aside A Declaration Of Forfeiture Under 18 U.S.C. §983(e)(1), filed April 27, 2007, and related supplemental filing of August 16, 2010. (Documents ##60, 94, 98) Upon a review of Defendant's filings, the undersigned has determined that a response from the Government is required prior to disposition.

**IT IS, THEREFORE, ORDERED** that the United States shall submit a written **RESPONSE** addressing Defendant's motions <u>on or before Tuesday, February 15, 2011</u>.

Signed: January 31, 2011

Richard L. Voorhees
United States District Judge