IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:04CR65-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MATTHEW JOHNSON, | ) | |
|         Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's *Pro Se* Letter Motion For Return Of Property, filed June 14, 2006, and *Pro Se* Motion To Set Aside A Declaration Of Forfeiture Under 18 U.S.C. §983(e)(1), filed April 27, 2007, and related supplemental filing of August 16, 2010. (Documents ##60, 94, 98) The Government filed its response on February 15, 2011. (Document #102) For the reasons set forth in the Government's response, the Court finds that Defendant Johnson is not entitled to any relief from this federal district court.[1]

**IT IS, THEREFORE, ORDERED** that Defendant's motions are hereby **DENIED**.

Signed: February 22, 2011

Richard L. Voorhees
United States District Judge

---

[1] To the extent Defendant elects to challenge the actions of the State of North Carolina and its Department of Revenue, namely, the seizure of $1,834 to satisfy the state drug tax, that issue is not properly before this Court. (*See* Gov't Exh. B)